**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**John Manuel HERNANDEZ,**
**Defendant–Appellant.**

No. 08–10998
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Camille Elizabeth Sparks, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Sam L. Ogan, Assistant Federal, Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent John Manuel Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR R. 47.5.4.